# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN CARR, | Case No. 2:16-cv-02994-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

On May 30, 2017, the parties submitted a joint interim status report that omits certain information required by Local Rule 26-3. *See* Docket No. 18. On May 31, 2017, therefore, the Court ordered the parties to file an amended joint interim status report that complies with Local Rule 26-3, no later than June 6, 2017. Docket No. 19. To date, the parties have not filed an amended status report. *See* Docket.

Accordingly, the Court hereby **ORDERS** the parties to file an amended joint interim status report that complies with Local Rule 26-3, no later than June 14, 2017. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: June 9, 2017.

_____
Nancy J. Koppe
United States Magistrate Judge