**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD and Sgt. Kleehammer

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN CARR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political entry; FRANCIS KLEEHAMMER, an agent and Officer of Las Vegas Metropolitan Police Department and DOE OFFICERS I through X, inclusive,<br><br>Defendants. | Case Number:<br>2:16-cv-02994-APG-NJK<br><br>**STIPULATION AND ORDER TO**<br>**DISMISS WITH PREJUDICE** |

Defendants Las Vegas Metropolitan Police Department and Sgt. Francis Kleehammer, by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing, and Plaintiff Stephen Carr, by and through his attorney of record, Craig A. Mueller, Esq. of Mueller, Hinds & Associates, Chtd., hereby STIPULATE AND AGREE as follows:

1. All of Plaintiff's claims against the Las Vegas Metropolitan Police Department are dismissed with prejudice;

2. All of Plaintiff's claims against Sergeant Kleehammer are dismissed with prejudice;

3. The Defendants' Motion for Summary Judgment [ECF No. 23] is MOOT;

4. Each party will bear their own costs and fees; and

MAC:14687-006 3203982_1 9/27/2017 2:49 PM

5. The deadline to file the Joint Pre-Trial order due September 28, 2017 is vacated.

IT IS SO STIPULATED this 27th day of September, 2017.

| MARQUIS AURBACH COFFING | MUELLER, HINDS & ASSOCIATES, CHTD. |
|---|---|
| By: s/Craig R. Anderson<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: s/Craig A. Mueller<br>Craig A. Mueller, Esq.<br>Nevada Bar No. 4703<br>600 South Eighth Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED that all parties are dismissed with prejudice in the above-referenced matter;

IT IS FURTHER ORDERED that all parties shall bear their own attorney fees and costs;

IT IS FURTHER ORDERED that the Defendants' Motion for Summary Judgment (ECF No. 23), currently on file is hereby moot; and

IT IS FURTHER ORDERED that the deadline to file the Joint Pre-Trial order due September 28, 2017 is vacated.

IT IS SO ORDERED this 28th day of September, 2017.

_____
United States District Court Judge

Submitted by:

MARQUIS AURBACH COFFING

By: s/Craig R. Anderson
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorney for Defendants

MAC:14687-006 3203982_1 9/27/2017 2:49 PM